172 So.2d 292

Leo A. DETORNOS, Jr.

v.

**AMERICAN EMPLOYERS INSURANCE COMPANY and Ellis Dupuy.**

No. 47639.

March 12, 1965.

In re: Leo A. Detornos, Jr. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 170 So.2d 211.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

172 So.2d 293

**ATLAS DRILLING COMPANY OF OPELOUSAS, Inc.**

v.

**CREOLE EXPLORATIONS, INC., et al.**

No. 47640.

March 12, 1965.

In re: Creole Explorations, Inc., and Robert U. Blum applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 123.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.